IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMIAH J. GRUBE,

                Petitioner,

v.

JEFFREY PUGH,

                Respondent.

ORDER

14-cv-471-jdp

---

Pro se petitioner Jeremiah J. Grube filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting seven different grounds for relief. After screening the petition, I concluded that petitioner had a "mixed petition" because some of his grounds for relief were ready for review and others were either procedurally defaulted or not yet exhausted. Dkt. 9. The mixed petition presented petitioner with a few different options for proceeding.

I gave petitioner until July 15, 2016, to respond to my order and indicate how he wanted to proceed. Specifically, I directed petitioner to indicate whether he wanted to attempt to overcome his default or exhaust his claims. I warned petitioner that if he failed to timely respond, then I would dismiss his petition. Petitioner's deadline has now passed and petitioner has not responded to my order.

Accordingly, IT IS ORDERED that:

1. Petitioner Jeremiah J. Grube's petition for a writ of habeas corpus is DISMISSED without prejudice.

2. The clerk of court is directed to close this case.

Entered August 1, 2016.

                                                BY THE COURT:
                                                /s/

                                                _____
                                                JAMES D. PETERSON
                                                District Judge