IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMIAH J. GRUBE,

    Petitioner,

v.

JEFFREY PUGH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-471-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Jeremiah J, Grube's petition for a writ of habeas corpus without prejudice.

/s/  
Peter Oppeneer, Clerk of Court

8/1/2016  
Date